Núm. 8600.—CORTÉS, apldo. v. ROSA, aplte.—C. D. Arecibo. Cobro de dinero. Noviembre 12, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del demandante apelado para que se desestime este recurso por no haber sido proseguido con la debida diligencia.

POR CUANTO, de la certificación anexa a la moción, expedida por el Secretario de la Corte de Distrito de Arecibo, aparece que el escrito de apelación fué radicado el día 15 de abril de 1941; y que la transcripción de evidencia fué aprobada por la corte inferior el 12 de junio de 1942.

POR CUANTO, desde la fecha de aprobación de la transcripción hasta la de esta resolución ha transcurrido con exceso el término fijado por las Reglas 40 y 58 del Reglamento de esta Corte, para su radicación en la Secretaría de este Tribunal, sin que el apelante haya cumplido con dicho requisito ni solicitado prórroga para cumplirlo.

POR LO TANTO, se declara con lugar dicha moción y se desestima por abandono el recurso.

El Juez Asociado Sr. Snyder no intervino.